UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MILTON L. BICKHAM | CIVIL ACTION |
| VERSUS | NO.  06-3844 |
| MARLIN GUSMAN, ET AL | SECTION "K"(4) |

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Milton L. Bickham's Title 42 U.S.C. § 1983 complaint against the defendants, Orleans Parish Criminal Sheriff Marlin Gusman, Warden Burl Cain, the South Louisiana Correctional Center, the Pine Prairie Correctional Center, Officer Christopher Smith, Officer Eric Pinell, Deputy Warden Viator, the New Orleans Police Department, the New Orleans City D.A.'s Office, is **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this ____27th____ day of _____February_____, 2007.

_____
UNITED STATES DISTRICT JUDGE